**RECEIVED**
LCW
OCT 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Liliana Cortez )
)
_____ )
)
_____ )
)
(Name of the plaintiff or plaintiffs) )
)
v. )
)
Amazon.COM, Inc. )
)
_____ )
)
_____ )
(Name of the defendant or defendants) )

17-cv-07322
Judge Jorge L. Alonso
Magistrate Judge Young B. Kim

**RECEIVED**
LCW
OCT 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Liliana Cortez of the county of Kankakee in the state of Illinois.

3. The defendant is Amazon.com, whose street address is 410 Terry Ave. North, (city) Seattle (county) King (state) WA (ZIP) 98109 (Defendant's telephone number) 206 – 266-1100

4. The plaintiff sought employment or was employed by the defendant at (street address) 250 Emerald Dr. (city) Joliet (county) Will (state) IL (ZIP code) 60433

5.  The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) __04__, (day) _____, (year) __2016__.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box]  ☐ *has not*   ☒ *has*  filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about

    (month) __NOV.__ (day) __31__ (year) __2016__.

    (ii) ☒ the Illinois Department of Human Rights, on or about

    (month) __Oct.__ (day) __31__ (year) __2016__.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.  ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) July (day) 20 (year) 2017 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): Pain and Suffering, Medical, Dental, and dafamation (The women

5

who harassed me, frame me as prejudice).

___

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Liliana Cortez*

(Plaintiff's name)
Liliana Cortez

(Plaintiff's street address)
90 Apple Ln

(City) Bourbonnais (State) IL (ZIP) 60914

(Plaintiff's telephone number) (708) - 539-5347

Date: 10/9/17

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 440-2017-00511 |

ILLINOIS DEPARTMENT OF HUMAN RIGHTS
*State or local Agency, if any* and EEOC

**NAME** *(Indicate Mr., Ms., Mrs.)*
Lillana Cortez

**HOME TELEPHONE** *(Include Area Code)*
(708) 289-4971

**STREET ADDRESS**
5620 Nicholas Court

**CITY, STATE AND ZIP CODE**
Oak Forest, IL 60452

**DATE OF BIRTH**
05/24/1984

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

**NAME**
Amazon.com, Inc.

**NUMBER OF EMPLOYEES, MEMBERS**
15 +

**TELEPHONE** *(Include Area Code)*
(866) 495-8567

**STREET ADDRESS**
250 Emerald Dr.

**CITY, STATE AND ZIP CODE**
Joliet, IL 60433

**COUNTY**
Will

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE
☒ RETALIATION ☐ NATIONAL ORIGIN ☒ DISABILITY ☐ OTHER *(Specify)*

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL)
APRIL 2016

☒ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

*** SEE ATTACHED ***

RECEIVED EEOC
NOV 01 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 10/31/2016  Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

Shanita Stevens

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 10/31/2016

OFFICIAL SEAL
SHANITA STEVENS
Notary Public - State of Illinois
My Commission Expires May 8, 2018

EEOC FORM 5 (Test 10/94)

**CHARGE OF DISCRIMINATION**

*Liliana Cortez and Amazon.com, Inc.*

The Particulars Are:

I. Complainant began working for Respondent in or around April 2016 at their Joliet, IL location. She is presently employed as a Sorter. Complainant is a qualified individual with a disability who can perform all essential functions of her job with an accommodation. Complainant's race is Hispanic. Complainant performed her duties in an acceptable manner at all times relevant to this charge.

II. Respondent and its employees created a hostile work environment for Complainant because of her race by harassing Complainant, bullying Complainant, and intimidating Complainant in such a way that it has threatened Complainant's safety at work. Complainant made several internal complaints of the harassment to Human Resources and her supervisors beginning in or around April or May 2016, but no effective action was taken to stop it. As a result of Respondent's actions, Complainant developed an anxiety condition that has led to panic attacks and depression for which she continues to seek medical treatment. Complainant requested an accommodation to be transferred to another shift or department in order to avoid the harassment which was exacerbating her anxiety. Respondent denied her request. Since Complainant made those internal complaints, the harassment from Respondent has increased.

III. Respondent failed to accommodate Complainant's disability in violation of the Americans with Disabilities Act, 42 U.S.C. 12101 et seq. as amended by the Americans with Disabilities Act Amendments Act of 2008 and has subjected the Complainant to discrimination because of her race and in retaliation for her internal complaints in violation of Title VII of the Civil Rights Act, 42 U.S.C. 2000e et seq.

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Liliana Cortez<br>5620 Nicholas Court<br>Oak Forest, IL 60452 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-00511 | Cristina Wodka,<br>Investigator | (312) 869-8096 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     7/20/2017
Julianne Bowman,     *(Date Mailed)*
**District Director**

Enclosures(s)

cc:   **AMAZON.COM**
       c/o Angela Healy, Esq.
       LITTLER MENDELSON, P.C.
       Global Services Center
       2301 McGee Street, Suite 800
       Kansas City, MO 64108

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

ILLINOIS DEPARTMENT OF HUMAN RIGHTS _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Liliana Cortez | HOME TELEPHONE (Include Area Code)<br>(708) 289-4971 | |
|---|---|---|
| STREET ADDRESS<br>5620 Nicholas Court | CITY, STATE AND ZIP CODE<br>Oak Forest, IL 60452 | DATE OF BIRTH<br>05/24/1984 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Amazon.com, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>15 + | TELEPHONE (Include Area Code)<br>(866) 495-8567 |
|---|---|---|
| STREET ADDRESS<br>250 Emerald Dr. | CITY, STATE AND ZIP CODE<br>Joliet, IL 60433 | COUNTY<br>Will |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE<br>☒ RETALIATION ☐ NATIONAL ORIGIN ☒ DISABILITY ☐ OTHER (Specify) | EARLIEST (ADEA/EPA)  LATEST (ALL)<br>APRIL 2016<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

\*\*\* SEE ATTACHED \*\*\*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I delcare under penalty of perjury that the foregoing is true and correct.<br><br>Date 10/31/2016 Charging Party (Signature) *[signed Liliana Cortez]* | SIGNATURE OF COMPLAINANT *[signed Liliana Cortez]*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>10/31/2016 |

EEOC FORM 5 (Test 10/94)

**Subject:** Complain notes

**From:** Liliana Cortez (cortezliliana65@yahoo.com)

**To:** cortezliliana65@yahoo.com;

**Date:** Monday, October 9, 2017 12:51 PM

Note: Amazon has Camera's all over there warehouse

Amazon

MDW2

Joliet, IL

April/May 2016

Problem solver Moiesha (Black) (I'm not sure if that is her name) and a PG (not sure what her name is (White) yelled at me because I had asked a question about closing the CSX on a box. Then, a while later, I put my Andon light on (it's a red light that informs problem solvers someone needs help), and waited. I continued to work, then Moiesha came and yelled and kicked the tote and asked "What's wrong with the tote!!", I got scared and replied what was wrong. (I notice, I was the only Mexican person working there, and she wasn't treating the others wrong which where majority black). Then I continued working. I again I needed Moiesha, therefore I turned my Andon light on. She came about 30 minutes to an hour after, I turned the light on. When she comes, she kicks the tote again aggressively and yells "What's wrong with this tote!!", I was sorting while she was continually yelling and kicking the tote. I looked at her and said "that's it, I'm not putting up with your crap, I'm reporting you", So I did I went to Kris (White) (one of the Manager's). My sister was also there (Sandra Diaz), and so were other managers. I was crying, and shaking because I was scared. We went to the office and he called Betsy (my manager) came in and I explained what happened. She stated she will investigate. While I was explaining to Kris what happened, Betsy (Italian, Arabic) nodded her head at him in disapproval. Then, she told me you know you are going to have to work with her again. Whether you like it or not. I told her, I won't.

Within April/May 2016

I started working in NPC, one day the line closed. Trish (White) the manager send me back to Universal. I scanned in a computer. I looked in front of me, and to my surprise Moeisha was standing military style looking at me, while her friends (black) were laughing at me (including one of the Women whom trained me, not Cynthia), because they knew I feared her.

July/August 2016

I got put in Universal near Moeisha, she was working in the side lane, near me. She didn't know I was working near her, and then she seen me. She started talking to fellow coworkers. I notice them staring at me, and all of a sudden one of her friends yells out, to a male problem solver near me, were I was working by. "I don't want this prejudice girl in my lane, I don't give a dam who she is", (I was the only Mexican there, the rest were black). So, I seen, Betsy assistant LeCarr Weather (black), I told him I didn't want to work near Moeisha, because she harasses me and now she is framing me as a prejudice. Now she is making people dislike me. So, he took me to Human resources.

And complained to Lance (the Human Resource Manager, Black). She told me she will investigate it. She also, gave me an update on the investigation with the first harassment I endured with Moeisha. She told me they didn't find anything. I was upset, because I knew she was lying. I told her I wanted her to investigate again, and to look at the camera footage. She said she will and said "we will help you hear, but once you get out the door we aren't responsible, if she does anything." Then LeCarr Weather, changed me to a different lane.

The next day I got put me near Moeisha friends. Ashley Harbor (Black), Tiffany Taylor (Black), and some other women (I don't know her name). They were with Moeisha the previous day, when she was telling people I was prejudice. These women were stalking me, for over 30 minutes, and stop and continued for hours. While Ashley saying curse, words aimed to me and hitting the tote aggressively on the steel wall, while looking at me. I got scared and reported it to Human Resource. Human Resource Lance told me, "Liliana don't you think it's kind of insane what your stating". I told her no, and that I am scared. Lance that day also told me, that two white males were also saying she was prejudice, and she said she talk to them, and told them she wasn't. LeCarr sent me to a different lane, before he changed me I pointed out the people, he told me he knows who they are. That he will tell Lance, she claims he didn't tell her.

I send an email to Jeff Bezos, explaining how I have been getting harassed, and how people were treating me differently, because of Moeisha. I did this, because one day a problem solver (not sure her name) ignored me for half a work day, when I needed help. There was also, a male that yelled at me "I'm staring at her she ain't going to do nothing,". I told Kris, about the employee's. I went to work scared, and I was even scared to go to the bathroom.

I also, told John (a manger) what was happening to me. He told me that Betsy told him not to get involved.

I started working at Prep, and a day or two later I seen Ashley Harbor working there, and again stalking me and intimidate me with friends. I reported it to Jessica (a person training me, who also got harassed). Jessica send me to the office where I spoke to Cristian (administrative manager), told him everything that was happening, and he send me to Human Resource Manager (Lance) again, because Lance is the person in charge of investigating. I told Lance I didn't want to work around Ashley because I was scared. She said "If you don't like working with her you move, I won't move her." That's when I knew this has to be race related, because she refuses to do anything. That same day Ashley got in trouble for leaving a mess and leaving her work station for a while, because of this she was sent back to Universal. But she never

got in trouble for stalking me. The manager (women) whom was working there got moved, because of what happened with Ashley.

August/ September 2016

I hired a Lawyer Jon Goldman, recommended by Jessica, because of the harassment. He started the process of filing EEOC.

When I started feeling the company/Lance, were retaliating. A new manager started in prep his name is Lloyd (Black) he got there and within the first, or second day started calling me stupid, because I was carefully throwing away broken glass from candle's that I was trying to prep. He laughed with friends and one time yelled while I looked at him "She knows I'm talking about her, she knows she's stupid". I would to another computer so he won't bother me.

Then within the week he was messing with my production rates. I know because I prepped around 200 in an hour and he claimed I only did 40. Therefore, I started checking and asking other managers to check my production rate. One manager stated that the production rates were wrong and that he will fix them. Betsy supposedly, randomly picked me for a drug test, while Lloyd messaged his hands, with an evil laugh, while Betsy took me to get my drug test.

Lloyd also, within that week aimed his laptop at me and laughed with a coworker. I asked him if there was a problem, he stated no, and kept pointing his laptop and laughing at me. I think he was recording me.

I seen Lance one day, while getting to work. She told me about another update and how she didn't find anything, regarding Moeisha . I told her she was lying and if she checks the cameras she will see what I'm talking about. I told her about feeling uncomfortable, because Lloyd was aiming his laptop at me and laughing with a coworker. Lance told me "Liliana quit making assumptions," I told her I wasn't. She said she will investigate it. I never got any update, and I also, told Lloyd how I felt and he said he isn't going to say he won't do it again, because he might. I asked human resource to give me a copy of all complains, I made, the human resource (not sure of her name) said they can't, because it's against company policy. I sometimes, got put in Universal, and they purposely, put me near Ashley, and Taylor. I would refuse to work with them.

Oct 2, 2016

A new women (Black) stated she was there to take someone down, because they didn't like working with them. She stated she worked in the military and knows how to take someone down without leaving evidence. She described stories about her stabbing people. Lloyd, was feet away, he was close enough to hear, her but didn't say anything. So, I got scared, because I knew there was rumors about me. For lunch I asked a coworker to walk me out to my car, to get my lunch, because I was scared. I told her everything the coworker said. She told me to call the police, I decided to go back, hoping it will get better. I also, texted my husband, and he also, told me to call the police. Then again, she started stating how she was going to take someone down. She even came in front of me and look me up and down, and asked me to help her with something, I was scared. A while later she started yelling she "hated Mexicans," and I glanced back to see if she was talking to me, as I was the only Mexican working by her. She said while I glanced at her, "what she is going

to bring her sister (I have a sister working there, her name is Sandra Diaz). I'll take her and her sister down." Therefore, right away I went to security and told them to call the police, and told them what happen. Then Betsy comes and tells me that she is not going to let the police come in, unless they have a warrant. I was surprised and told her I'm calling them because I told her what happened, how she never, did anything and how I was constantly getting harassed. I told her I didn't want to speak to her, anyone but her because I got nowhere, with her. Cristian (the manager) and Andy (Human Resource) came out and I told him what was happening (I was crying and scared), and how I didn't want to stay, because I was scared. The company didn't offer me security to walk me out, my sister told me she will walk with me. The following day, I went to the police station and the police told me, he couldn't do anything, if she didn't come up to me and say to my face. I didn't go to work, but I went to my doctor, because I had a lot of anxiety (I had a hard time sleeping) and felt depressed (I cried a lot). He gave me a note to take some time off and gave me medication for anxiety, and I called My Leave at work and told them. Then the doctor release me on October 18, 2016. I went to work and gave them a note from the doctor, stating that they should accommodate me so I won't have to work around anyone that harasses me. Human Resource (Indian male) told me I can't go back until accommodations, accommodates me. Malisa from my leave said she will try to change my shift and didn't October passed nothing.

November/2016

November passed and then she called saying she wanted to talk to the doctor, the doctor gave her information.

December/January 2016

I didn't hear anything until January of the following year, when I decided to file unemployment. I called my leave and spoke to a male (Victor/Eric), I asked Why? I haven't gotten accommodated, he explained that the building I work for MDW2 denied my accommodations. I filed out constructive discharge papers for unemployment, and I received unemployment.

January /February/March 2017

My lawyer gave me two options to continue to work for Amazon, or to Settle. I decided to settle, he was working with Amazon. Amazon still called me knowing I was going to Settle. Amazon was suppose to sign papers, but kept delaying the date. EEOC told me I need proof by a certain date. If not your case will be closed. I send proof and decided to continue with EEOC, I couldn't continue with the lawyer, as I was unemployed and couldn't pay $400 dollars and hour fee. EEOC tried settling with Amazon, they didn't want to. Amazon laywer gave EEOC a bunch of lies.

AonHewitt - L4DKXP5   10/11/2016 1:32:39 PM   PAGE   6/008   Fax Server



## Attending Physician's Statement of Work Capacity and Impairment

Return completed form to _____ or Fax to _____

Note: Your patient has informed Hewitt that you would be willing to submit clinical information to support his/her disability claim.
In accordance with the federal law, GINA, [Genetic Information Nondiscrimination Act of 2008], please do not provide us with any genetic information. More information about GINA is included on the Authorization form [employee/patient] presented to you.

**Patient Information**
- First Name: Liliana
- Last Name: Cortez
- Claim Number: 1610100297
- Date of Birth: 05/24/1984
- Gender: ☐ Male ☒ Female
- Record Number: _____

**Vocational Information**
- Employer: Amazon
- Job Title: Sorter
- Date of Hire: 04/20/10

Physical Demand Level per maximum pounds of exertion:
☐ Sedentary (10 lbs) ☐ Light (20 lbs) ☐ Medium (50 lbs.) ☐ Heavy (100 lbs.) ☐ Very Heavy (greater than 100 lbs.)

Intellectual Skill Demand: ☐ Unskilled ☐ Semi-skilled ☐ Skilled ☐ Highly Skilled

**Claim Information**
- First day of absence: 10/3/16
- Definition of Disability: ☒ Own Job ☐ Own Occupation ☐ Any Occupation
- Claim Manager: _____
- Phone Number & Ext: _____
- Fax Number: _____

**1. Nature of Treatment & Work Capacity Evaluation**

- Primary Diagnosis: F41.8
- ICD-10 or DSM code(s): Anxiety/Depression
- Secondary/Co-morbid Diagnosis impacting work: _____
- ICD-10 or DSM code(s): _____
- Onset of primary condition: __/__/__

- Hospital stay: ☒ Not applicable   Admitted on: __/__/__   Discharged from Hospital on: __/__/__
- Recent Surgery Date: __/__/__   Type of Surgery: _____
- Name and Address of Hospital: _____
- Medications-name/dosage/frequency: Fluoxetine 20g Daily
- Other treatment methods: _____

1.) Is the patient's primary condition due to injury or illness arising out of the patient's employment? ☐ No ☒ Yes ☐ Unknown

Contact information for other health care providers treating this patient: ☒ Not applicable
- Name: Joyce Maclaren   Phone: _____   Address: _____
- Name: _____   Phone: _____   Address: _____

2.) Did you recommend that your patient stay home from work? ☐ No ☒ Yes, on the following date 10/3/16

If no, please complete sections 2-3 and provide a work release per section 5, question 6.

If yes, please provide your rationale for recommending disability leave by referencing the patient's signs and symptoms and their relation to functional impairment(s) that precluded work. Please be sure to explain how this patient's impairment impacted his capacity to perform the physical and/or intellectual demands of his/her job per the definition of disability noted above. If the disability 'test' is noted to be "Any Occupation" please explain how impairment was determined to preclude any work which would include work at the sedentary and unskilled levels.

Pt has anxiety, panic attacks that cause physical + mental impairment.

Is the condition work related? ☐ No ☒ Yes   Did you complete a Workers Compensation Claim Form? ☒ No ☐ Yes

**2. Treatment Plan**
- Date of first office visit: 10/5/16
- Date of last office visit: 10/17/16
- Next office visit: __/__/__

Any claim adjustment described above is performed by Aon Hewitt Absence Management, LLC ("AHAM"), a licensed, third-party administrator. AHAM is a wholly owned subsidiary of Hewitt Associates, LLC and is licensed or registered as "Aon Hewitt Absence Management, LLC" in the following states: AZ, AR, CT, FL, GA, ID, IL, IN, IA, KY, LE, MD, MA, MI, MN, MS, MO, MT, NE, NH, NM, NC, ND, OH, OK, PA, RI, SC, SD, TX, UT, WV and WI. In CA, AHAM does business as "Aon Hewitt Absence Management Administrator, LLC" and in NY as "DMA Claim Services, LLC."

AonHewitt - L4DKXP5   10/11/2016 1:32:39 PM   PAGE   7/008   Fax Server

Expected Treatment Frequency: ☐ Weekly ☐ Monthly ☐ Other (specify)_____

(a) Is this patient still under your care for the primary disabling condition?
☐ Yes ☐ No, indicate date service terminated: __/__/__ or referred __/__/__

(b) If patient has been referred to a specialist please list the Provider's Name and Phone number _____

Is surgery planned? ☐ No ☐ Yes, on __/__/__ Procedure(s): _____ Procedure Code _____

**AON**

P.O. Box _____ or Fax to _____

| Patient Information | Name | Claim Number |
|---|---|---|

| 3. Medical Signs and Symptoms | Height: ___ Weight: ___ Pulse: ___ Blood Pressure: __/__ Date Measured: __/__/__ |
|---|---|

Patient's Complaints (symptoms): Pt has anxiety, panic attacks due to conflicts c coworkers, is impared during flares

Physical Examination Findings: Pt visibly agitated during visit

Diagnostic Test/Study Findings (imaging studies, lab values, functional testing, e.g. pulmonary function tests, cardiac tests, etc.): _____

If work absence is due to pregnancy, the expected date of delivery is: __/__/__

**4. Mental or Psychiatric Impairment (if applicable)**

Please provide your formal Mental Status Exam results and Behavioral Observations.

Affect/Emotional Appropriateness and Control:
☐ WNL ☒ Impaired as evidenced by crying spells, palpitations

Behavioral Appropriateness/Control, Pace & Stamina:
☒ WNL ☐ Impaired as evidenced by (WNL when not having attacks)

Cognitive Processing/functioning:
☒ WNL ☐ Impaired as evidenced by (WNL when not having attacks)

Do you believe the patient is competent to endorse checks and direct the use of proceeds thereof? ☒ Yes ☐ No
If no, please explain: _____

Any claim adjustment described above is performed by Aon Hewitt Absence Management, LLC ("AHAM"), a licensed, third-party administrator. AHAM is a wholly owned subsidiary of Hewitt Associates, LLC and is licensed or registered as "Aon Hewitt Absence Management, LLC" in the following states: AZ, AR, CT, FL, GA, ID, IL, IN, IA, KY, LE, MD, MA, MI, MN, MS, MO, MT, NE, NH, NM, NC, ND, OH, OK, PA, RI, SC, SD, TX, UT, WV and WI. In CA, AHAM does business as "Aon Hewitt Absence Management Administrator, LLC" and in NY as "DMA Claim Services, LLC."

AonHewitt  L4DFXP5   10/11/2016 1:32:39 PM  PAGE  8/008  Fax Server

| 5. Return to Work Status | |
|---|---|

1.) Do you **currently** consider your patient to be totally impaired from working? ☐ No ☐ Yes
If yes, as of what date? **10/2/16** If yes, as supported by the following rationale citing medical facts documenting my patient's functional impairments and or stage of recovery from a medical procedure which at this time precludes work.
**Pt has anxiety + panic attacks, which cause physical + mental functional impairment.**

2. What is the estimated date of the patient's release to return to work full duty? **10/18/16 Pt on meds now.**

3. Are there **currently** any temporary work restrictions and/or accommodations which would allow this patient to return to work?
☒ No  ☒ Yes, please operationalize by providing objective quantification e.g. no lifting greater than 20 lbs.
**Pt to work in an area where co-workers that exacerbate illness are not around**

4. When do you anticipate your patient will reach maximum medical improvement? **10/17/16**

5. Do you anticipate, or currently recommend, permanent work restrictions? **No**

6. Regarding my care of this patient return to work status is as follows:
☒ Released to full duty on **10/18/16**
☐ Released to temporary modified duty as describe above on ___/___/___ and to full duty as of ___/___/___
☐ Unable to determine at this time. If unable to determine, do you support the employee remaining off work until their next appointment date listed in section 2 "Next Office Visit" ☐ Yes ☐ No
☐ Unable to release patient at this time.

| Health Care Provider's Name (print) | Specialty | Degree | Tax ID # |
|---|---|---|---|
| Address (No., Street, City, State, Zip Code) | Phone | Fax | |
| Signature | | Date | |

any claim adjustment described above is performed by Aon Hewitt Absence Management, LLC ("AHAM"), a licensed, third-party administrator. AHAM is a wholly owned subsidiary of Hewitt Associates, LLC and is licensed or registered as "Aon Hewitt Absence Management, LLC" in the following states: AZ, AR, CT, FL, GA, ID, IL, IN, IA, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NM, NC, ND, OH, OK, PA, RI, SC, SD, TX, UT, WV and WI. In CA, AHAM does business as "Aon Hewitt Absence Management Administrator, LLC" and in NY as "DMA Claim Services, LLC."