# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LILIANA CORTEZ

    Plaintiff,

v.

AMAZON.COM, INC.

    Defendant.

Case No. 17-cv-07322

Judge Jorge L. Alonso
Magistrate Judge Young B. Kim

## DEFENDANT'S MOTION FOR STATUS HEARING

NOW COMES Defendant, Amazon.com, Inc. ("Defendant" or "Amazon"), by its undersigned attorneys, and moves this Court to set a status hearing to address Plaintiff's recent Motions. *See* Dkts. 83 and 84. In support of its Motion, Amazon states:

1. On February 20, 2019 and February 28, 2019, Plaintiff Liliana Cortez filed what appear to be discovery-related Motions, without noticing either Motion for hearing as required under Local Rule 5.3(b). *See* Dkts. 83 and 84.

2. Plaintiff's Motions are untimely. The Court set a January 31, 2019 deadline to complete discovery, *see* Dkt. 67, Plaintiff did not have any pending motions at that time, and discovery is now closed. *See* Dkts. 80 and 81.

3. Further, the issues addressed in the pending Motions are duplicative of various motions Plaintiff previously filed throughout this litigation, *see* Dkts. 36, 64, 71, 76, 78 and 79, which the Court already denied. *See* Dkts. 41, 46, 67, 74, 77 and 81.

4. A status hearing will allow the parties and the Court to conclusively resolve any and all outstanding issues related to these Motions in an efficient manner.

WHEREFORE, Amazon respectfully requests that the Court set a status hearing to address Plaintiff's pending Motions.

Dated: March 4, 2019

Respectfully submitted,

AMAZON.COM, INC.

By: */s/ Stephanie L. Sweitzer*
   One of Its Attorneys

Stephanie L. Sweitzer
Allison N. Powers
Meredith E. Riccio
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL  60601
Tel:  +1.312.324.1000
Fax:  +1.312.324.1001
stephanie.sweitzer@morganlewis.com
allison.powers@morganlewis.com
meredith.riccio@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

  I certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served upon Plaintiff by email, U.S. First Class Mail, and Federal Express at the following addresses:

Liliana Cortez
90 Apple Lane
Bourbonnais, IL 60914
Email: CortezLiliana65@yahoo.com

                */s/ Stephanie L. Sweitzer*